IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tucker, Santa Faye

Printed: 10/7/08

Case Number: 04 B 28619
Judge: Squires, John H
Filed: 8/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 5, 2008
Confirmed: September 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 19,557.06 |  |
| Secured: |  | 13,646.90 |
| Unsecured: |  | 2,886.68 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,014.40 |
| Trustee Fee: |  | 1,009.02 |
| Other Funds: |  | 0.06 |
| Totals: | 19,557.06 | 19,557.06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,014.40 | 2,014.40 |
| 2. | Consumer Portfolio Services | Secured | 13,646.90 | 13,646.90 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 86.16 | 123.77 |
| 4. | Consumer Portfolio Services | Unsecured | 1,480.23 | 2,126.03 |
| 5. | SBC | Unsecured | 59.77 | 85.86 |
| 6. | Americash Loans, LLC | Unsecured | 255.45 | 366.98 |
| 7. | Americash Loans, LLC | Unsecured | 128.13 | 184.04 |
| 8. | First National Credit Card | Unsecured |  | No Claim Filed |
| 9. | Cash Advance | Unsecured |  | No Claim Filed |
| 10. | Diamond M | Unsecured |  | No Claim Filed |
| 11. | FSM Group Inc | Unsecured |  | No Claim Filed |
| 12. | Horseshoe Casino Hammond Corp | Unsecured |  | No Claim Filed |
| 13. | Louis A Weiss Memorial Hosp | Unsecured |  | No Claim Filed |
| 14. | Loan Shop | Unsecured |  | No Claim Filed |
| 15. | TCF Bank | Unsecured |  | No Claim Filed |
| 16. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 17. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 18. | Telecheck | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,671.04 | $ 18,547.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 257.01 |
| 4% | 61.35 |
| 3% | 60.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tucker, Santa Faye | Case Number: 04 B 28619 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 10/7/08 | Filed: 8/3/04 |

| | |
|---|---|
| 5.5% | 293.40 |
| 5% | 80.01 |
| 4.8% | 166.45 |
| 5.4% | 90.40 |
| | _____ |
| | $ 1,009.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____